UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 21-000082-2-ABJ |
| | ) | |
| TROY WILLIAMS | ) | |
| Defendant | ) | |

## MOTION FOR DEFENDANT TO TRAVEL

**COMES NOW**, TROY WILLIAMS, defendant, through undersigned counsel Dwight E. Crawley, and respectfully moves this Honorable Court to grant him permission to travel to Peru on February 23, 2021, returning to Kentucky on March 10, 2021.  The purpose of his travel is to get married.  His fiancé lives in Peru.  Counsel has provided the government as well as United States Pretrial Services with a copy of his flight information.  Mr. Williams understands that he must abide by all of the terms and conditions set by Pretrial Services concerning his travel.

**WHEREFORE**, counsel respectfully requests that this court grant the defendant's motion.

Respectfully submitted
TROY WILLIAMS

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for TROY WILLIAMS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E

                                                 Washington, DC 20005
                                                 (202) 580-9794 Phone
                                                 (202) 722-0246 Fax
                                                 vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                                 /s/
                                         _____
                                         Dwight E. Crawley, Esq.
                                         DC BAR #472672
                                         Attorney for TROY WILLIAMS
                                         Law Office of Dwight E. Crawley
                                         1300 I. Street, NW
                                         Suite 400E
                                         Washington, DC 20005
                                         (202) 580-9794 Phone
                                         (202) 722-0246 Fax
                                         vadclawyer@gmail.com