# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>V.                                               )<br>)<br>)<br>TROY WILLIAMS                         )<br>         Defendant                        ) | CR. NO. 21-000082-2-ABJ |

## MOTION TO WITHDRAW MOTION FOR DEFENDANT TO TRAVEL

**COMES NOW**, TROY WILLIAMS, defendant, through undersigned counsel Dwight E. Crawley, and respectfully moves this Honorable Court to withdraw his motion to travel filed on February 9, 2021.  Mr. Williams no longer wishes to travel to Peru at this time.

**WHEREFORE**, counsel respectfully requests that this court grant the defendant's motion.

Respectfully submitted
TROY WILLIAMS

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for TROY WILLIAMS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for TROY WILLIAMS
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com