AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00183 |
| DALTON RAY CRASE | ) Assigned to: Judge Faruqui, Zia M |
| and | ) Assign Date: 1/28/2021 |
| TROY DYLAN WILLIAMS, | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendants* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TROY DYLAN WILLIAMS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2-Aiding and Abetting

18 U.S.C. 1752 (a)(1), and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry or Disorderly Conduct on Capitol Grounds

Date: 01/28/2021

2021.01.28
21:38:38 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/28/21, and the person was arrested on *(date)* 2/1/21
at *(city and state)* Lexington, KY.

Date: 2/1/21

*Arresting officer's signature*

SA Kacey Jones
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>DALTON RAY CRASE<br>and<br>TROY DYLAN WILLIAMS,<br><br>*Defendants* | ) Case: 1:21-mj-00183<br>) Assigned to: Judge Faruqui, Zia M<br>) Assign Date: 1/28/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DALTON RAY CRASE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2-Aiding and Abetting

18 U.S.C. 1752 (a)(1), and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry or Disorderly Conduct on Capitol Grounds

Date:   01/28/2021

2021.01.28
21:43:41 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/28/21 , and the person was arrested on *(date)* 2/1/21
at *(city and state)* Lexington, KY

Date: 2/1/21

*Arresting officer's signature*

SA Kacy Jones
*Printed name and title*