IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No.: 21cr82-CJN |
| | ) | |
| | ) | |
| TROY DYLAN WILLIAMS | ) | |
|     Defendant | ) | |

## **DEFENDANT'S POSITION WITH RESPECT TO SENTENCING**

COMES NOW the Defendant, TROY DYLAN WILLIAMS, by and through counsel, Dwight E. Crawley, and respectfully requests that this Court sentence the defendant to probation for a term of 12 months, a $500.00 fine, and 60 hours of community service. Mr. Williams timely accepted full responsibility for his conduct in this matter and did not cause the government to expend enormous resources prosecuting this case at trial.

Mr. Williams voluntarily met with FBI agents without the services of an attorney on January 18, 2021, and provided them with a thumb drive containing a complete download of his phone. Moreover, during the meeting, Mr. Williams fully explained his role in the offense as well as played videos from his phone highlighting his conduct and the conduct of others. The government used this information to prosecute Mr. Williams. At no point during the government's investigation of Mr. Williams did he attempt to destroy his phone or prevent the government from accessing the contents of his phone. The agents subsequently seized his phone a couple of weeks after his initial interview and the evidence remained.

Mr. Williams understands the serious nature of his conduct. He recognizes that his actions emboldened others to act in a more hostile manner. However, as noted in the government's

sentencing memorandum and expressed by Mr. Williams to the agents during their meeting, he did not agree with the conduct of those that engaged in violence and were damaging the Capitol. He truly regrets his conduct and takes full responsibility for his actions. He understands that his actions caused significant harm to the entire country. For that, he is deeply sorry.

Mr. Williams does not have a criminal history. He is gainfully employed. He is a father and soon to be husband. Since his arrest, he has fully complied with the terms and conditions of his release. He is not a threat to his immediate community or country and has not engaged in any behavior that would suggest he is a future threat.

Mr. Williams has truly learned a lesson from this ordeal and has vowed to never engage in this type of behavior again. He will forever be linked to this crime as a search of his name via the internet clearly reveals. Probation for a term of 12 months, a $500.00 fine and 60 hours of community service is appropriate in this case.  It does not create unwarranted disparity between others convicted of the same crime. It punishes the defendant for his conduct while promoting respect for the law. Finally, it deters futures criminal conduct by demonstrating similar behavior will not go unpunished.

Respectfully submitted

TROY DYLAN WILLIAMS

/s/
_____
Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005

(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley