UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-0082 (CJN) |
| v. | : | |
| | : | |
| DALTON RAY CRASE and | : | |
| TROY WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

The United States, by and through its attorney the United States Attorney for the District of Columbia, hereby notifies the Court and the public of the filing of the following Video Exhibits to its Sentencing Memorandum, and its intention to play the identified portions at a sentencing hearing. The government has no objection to sharing these videos publicly if the Court make such a determination.

| Exhibit Number | Name of Video | Portion of Video for Hearing |
|---|---|---|
| Video Exhibit 1 | MVI_1528 | None |
| Video Exhibit 2 | MVI_1543 | 1:00 to 2:55 |
| Video Exhibit 3 | MVI_1548 | All |
| Video Exhibit 7 | Crowbarbeardguy at Parliamentarian Doors | All |
| Video Exhibit 13 | MVI_1555 | none |
| Video Exhibit 17 | MVI_1559 | 0:00 to 1:00 |
| Video Exhibit 18 | MVI_1574 | All |

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Tejpal S. Chawla*
        TEJPAL S. CHAWLA
        Assistant United States Attorney
        D.C. Bar 464012
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7280 (Chawla)
        Tejpal.Chawla@usdoj.gov